UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JIRAH ERIC KELLEY

v.  CA 10-233 ML

A.T. WALL, et al.

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Hagopian on November 30, 2010. No objection has been filed and the time for doing so has passed. The Court, therefore, adopts the Report and Recommendation.

Plaintiff's Motions for Injunctive Relief (Docket #4 and #9) are DENIED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
December 20, 2010