UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JIRAH ERIC KELLEY

v.                                                              CA 10-233 ML

A.T. WALL, et al.

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Hagopian on February 15, 2011. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation. The Complaint in this matter is DISMISSED without prejudice.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
March /0 , 2011